IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CHRISTOPHER GEORGE DUFFEK, | ) | |
|---|---|---|
| Petitioner, | ) | 8:19CV459 |
| v. | ) | |
| STATE OF NEBRASKA, | ) | ORDER |
| Respondent. | ) | |

Upon inquiry by the Clerk,

IT IS ORDERED that the Petitioner is permitted to appeal in forma pauperis.

DATED this 26th day of November, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge